CR 24.148 DWF

**Form Notice of Filing of Notice of Removal**

Case # 62-CR-23-5445

IN THE Ramsey County District Court , Minnesota

KELLY L OLMSTEAD
Plaintiffs,
Vs

ABDULJAMEER SHAIK
Defendant.

* **

NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on May 31st, 2024,shaik; AbdulJameer[beneficiary] filed a Notice of Removal, pursuant to 28 U.S.C. $$ 1332, 1441 and 1446 and **28 U.S.C. § 1332(a)**, removing the above-captioned action from the Ramsey County District Court ,Minnesota, to the United States District Court for the District of Minnesota. A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.
PLEASE TAKE FURTHER NOTICE that, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the District of Minnesota , and filing copies thereof with the Clerk of the Ramsey County District Court, Minnesota, the Defendant has effectively removed and the Ramsey County District Court shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

**RECEIVED**

MAY 31 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

