CR 24-148 DWF

### CERTIFICATE OF SERVICE

This is to certify that the foregoing NOTICE OF REMOVAL, with exhibits, was sent via United States mail on the 31st day of November, 2010 to:

>Kelly Olmstead
>
>15 West Kellogg Boulevard
>St. Paul, Minnesota 55102.

**RECEIVED**
**MAY 31 2024**
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**SCANNED**
JUN 03 2024
U.S. DISTRICT COURT MPLS

CR 24-148 DWF