**U.S. DISTRICT COURT Notice Of Appearance**

CR 24-148 DWF

**Plaintiff(s),**

KELLY L OLMSTEAD DBA STATE OF MINNESOTA
15 West Kellogg Blvd,
Saint Paul, Minnesota 55102

**ORIGINAL JURISDICTION**
**"MINISTERSCONSULS**
**DIPLOMATS"**
**Article III, Section 2; Article VI**
**United States Republic Constitution**
**Treaty of Peace and Friendship**
**'Established Law of the Land'**

V.

**Federal Question(s):**
**Constitution, Treaty;**
**Religious Liberty;**
**Due Process;**
**Substantive Rights of Travel, etc.,**
**Supreme Court Rulings**

Shaik; - Abdul-Jameer [beneficiary], A Natural Person, In Propria Persona, Sui Juris (not to be confused with nor substituted with Pro Se); and not a Statutory Person.

**Petitioner / Alleged Accused,**

(Hereinafter Petitioner)

## NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, Shaik; AbdulJameer[beneficiary] , files this Notice of Entry of Appearance in the above-referenced matter with   case :62-CR-23-5445

Respectfully submitted, this 31st day of May, 2024.

RECEIVED
MAY 31 2024
U.S. DISTRICT CLERK
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 03 2024
U.S. DISTRICT COURT MPLS

Thank You,

I Am: Shaik; - Abdul-Jameer Authorized Representative

Natural Man, In Propria Persona:
ABDUL JAMEER SHAIK
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
MINNESOTA REPUBLIC
c/o 12900 Technology Drive
529 Eden Praire, Minnesota Republic
[Zip Exempt]
Non-Domestic