

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| **Warren E. Burger Federal Building and U.S. Courthouse**<br>316 North Robert Street<br>Room 100<br>St. Paul, MN 55101 | **Diana E. Murphy U.S. Courthouse**<br>300 South Fourth Street<br>Room 202<br>Minneapolis, MN 55415 | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**<br>515 West First Street<br>Duluth, MN 55802 | **Edward J. Devitt U.S. Courthouse and Federal Building**<br>118 South Mill Street<br>Fergus Falls, MN 56537 |

June 4, 2024

Court Administration, Criminal Division
Ramsey County District Court
15 W. Kellogg Blvd
St. Paul, MN 55102

Case Number: 24-cr-148 DWF
Case Title: State of Minnesota v. Shaik
Re: Order of Remand

To Whom It May Concern:

A certified copy of the Order of Remand filed by Judge Donovan W. Frank dated 6/4/2024 is enclosed. Please acknowledge receipt by returning a date-stamped copy of this notice in the enclosed self-addressed envelope.

Sincerely,

**Kate M. Fogarty, Clerk**

Deputy Clerk: ACH

cc: Ramsey County District Court

Enclosure: Order of Remand